O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: POM WONDERFUL LLC MARKETING AND SALES PRACTICES LITIGATION, | ) ) ) ) ) ) ) ) ) ) ) | Case No. ML 10-02199 DDP (RZx)<br>MDL Number 2199<br><br>**ORDER DENYING PLAINTIFFS' EX PARTE APPLICATION TO ALLOW ACCESS TO DISCOVERY**<br><br>[Dkt. No. 22] |

    Presently before the court is Plaintiffs' Ex Parte Application to Allow Access to Discovery Produced in the Ocean Spray Litigation. Having considered the submissions of the parties, the court DENIES Plaintiffs' application. Plaintiffs may, if they so choose, file a noticed motion to compel production with the Magistrate Judge.

IT IS SO ORDERED.

Dated: October 14, 2011

DEAN D. PREGERSON
United States District Judge