O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: POM WONDERFUL LLC MARKETING AND SALES PRACTICES LITIGATION, | ) Case No. ML 10-02199 DDP (RZx)<br>) MDL Number 2199<br>)<br>) **ORDER RE: PLAINTIFFS' MOTION FOR**<br>) **REVIEW OF MAGISTRATE JUDGE'S**<br>) **DECISIONS**<br>)<br>)<br>) [Dkt. No. 39]<br>) |

    As stated on the record, the parties agree that Defendant will produce all marketing studies and analyses that bear on the health claim issues raised by Plaintiffs. The Magistrate Judge did not clearly err in his rulings (1) limiting discovery to juice products and (2) requiring Plaintiffs to respond to Defendant's interrogatory. Plaintiffs may seek to amend their complaint if they so desire.

IT IS SO ORDERED.

Dated: June 11, 2012

DEAN D. PREGERSON
United States District Judge