Michael Louis Kelly – SBN 82063
mlk@kirtlandpackard.com
Behram V. Parekh – SBN 180361
bvp@kirtlandpackard.com
**KIRTLAND & PACKARD LLP**
2041 Rosecrans Avenue, Third Floor
El Segundo, California 90245
Telephone: 310.536.1000
Telecopier: 310.536.1001

*Lead Class Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: POM WONDERFUL LLC MARKETING AND SALES PRACTICES LITIGATION**<br><br>This Document Relates To:<br>All Actions | Master File No.: 2:10-ml 2199-DDP (RZx)<br><br>*(Assigned to the Honorable Dean D. Pregerson)*<br><br><u>**CLASS ACTION**</u><br><br>**PLAINTIFFS' SEPARATE STATEMENT OF FACTS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTIONS NOS. 1 THROUGH 4 FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:        October 28, 2013<br>Time:        10:00 AM<br>Court Room:   3 – 2nd Floor |

**UNCONTROVERTED FACTS**

Plaintiffs submit the following consolidated uncontroverted facts and law in support of their Opposition to POM's Motions Nos. 1 through 4 for partial summary judgment:

| | STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|---|
| 1 | POM Wonderful LLC ("POM" or "Defendant") manufactures and sells POM Wonderful 100% Juice Products containing pomegranate juice. (collectively, "POM Juice" or the "Products"). | Dkt. 195, Exhibits to Plaintiffs' Request for Judicial Notice In Support of Plaintiffs' Motion For Summary Judgment of Their 17200 Claims at Exhibit A, FTC Opinion at pp. 3-4. <br><br> POM juice was introduced to the market in September 2002. Dep. of George Vetter, Ex. 28 at p.4 ¶ 15 and at Ex. 27 (MLK Ex.22). [1] |
| 2 | POM created the United States market for Pomegranate Juice based upon the unique selling proposition that it had the "power to help heal people." | "Until the launch of POM Wonderful in 2002, pomegranates were virtually unknown by American consumers." RESNICK, LYNDA, RUBIES IN THE ORCHARD, facing p. 84, First Paperback Ed., 2010 ("RUBIES"). (MLK Ex.1). |

---

[1] Per Fed. R. Civ. P. 56(c)(1)(A) requiring citation to materials in the record, all "(MLK Ex. #)" references are to Exhibits to the Declaration of Michael Louis Kelly in Support of Plaintiffs' Motion for Class Certification at Docket Nos. 76 and 77 (filed under seal); all "(MLK ¶ #)" references are to paragraphs in the Declaration of Michael Louis Kelly in Support of Plaintiffs' Motion for Class Certification at Docket Nos. 76 and 77 (filed under seal). If the Court wishes, Plaintiffs can lodge with the Court courtesy copies of the Kelly Declaration for the Court's convenience.

| | STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|---|
| | | As POM's co-owner Lynda Resnick testified:<br><br>Q: Now, did you have to create a market for pomegranate juice? Did you as an individual as a company have to create a market for pomegranate juice, or was there an existing market with a lot of potential buyers out there?<br><br>A: We had to create a market for pomegranate juice.<br><br>Dep. of Lynda Resnick in *POM v. Coca-Cola* at 120:10-16 ("L. Resnick *Coca-Cola* Dep.") (MLK Ex.2).<br><br>Lynda Resnick knew from the start that the taste of pomegranate juice alone would not help sell the juice.  As she testified: "POM is a commitment. You have to gurge (sic) [gird] your loins to drink it." *Id.* at 158:17-19 (MLK Ex.2). "Some people especially men find it too strong." *Id.* at 101:7-8 (MLK Ex.2). Since taste could not be the predominant selling point for pomegranate juice, POM summarized how it created the |

2

| STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|
| | market for pomegranate juice in each of its failed Lanham Act complaints against Coca-Cola, Ocean Spray, Tropicana Products, and Welch Foods: |
| | 14. A key element of POM Wonderful's marketing campaign has been its concentration on the health benefits associated with pomegranates and pomegranate juice, and its emphasis on the high level of antioxidants contained in POM Wonderful brand juice. |
| | 15. Through its investment of millions of dollars to research and promote the nutritional qualities and health benefits associated with pomegranate juice, [POM] largely created the burgeoning market for genuine pomegranate juice that exists today. |
| | Complaints at ¶¶ 14-15 (MLK Exs. 3, 4, 5 and 6). |
| | POM, through Mrs. Resnick, claimed that it |

| STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|
| | created this market for pomegranate juice by using "that old, reliable pillar of marketing: the Unique Selling Proposition." RUBIES, at 41 (MLK Ex.1). The "unique selling proposition" identified and promoted by Mrs. Resnick was based on the supposed "intrinsic value" of pomegranate juice: "the power to help heal people." RUBIES, at 10, 12 (MLK Ex.1); Dep. of Lynda Resnick in FTC case, *In the Matter of POM Wonderful*, at 16:10-13, ("L. Resnick FTC Dep.") (MLK Ex.7). Thus, the unique selling proposition that POM focused on promoting was that drinking POM Wonderful pomegranate juice would help prevent or heal actual diseases. Trial Testimony of Stewart Resnick in *POM v. Ocean Spray* at 38:2 to 39:1 (MLK Ex.19). POM set about building a market for its juice by convincing the public it was not just selling juice, but rather, what Mrs. Resnick called "health in a bottle" because of all of its purported medical benefits. L. Resnick *Coca-Cola* Dep. at 50:20 to 51:2 (MLK Ex.2). |

| | STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|---|
| 3 | During the Class Period,[2] Defendant disseminated advertising and promotional materials representing POM Juice treats, prevents and/ or reduces the risk of certain diseases or health-related conditions (arteriosclerosis/heart disease, prostate health, erectile dysfunction, and other age-related diseases), and that these claimed "Health Benefits" were supported by tens of millions of dollars in medical research. | Dkt. 195, Exhibit A (the FTC Opinon) at 7 "The Complaint alleges that Respondents' advertisements claim that consuming the Challenged POM Products daily treats, prevents or reduces the risk of heart disease, prostate cancer, or ED. These claims that the Challenged POM Products are effective without expressly or impliedly representing a particular level of support are 'efficacy claims.' The Complaint also alleges that Respondents have represented that 'clinical studies, research, and/or trials prove that' drinking POM Juice or taking POMx Pills or Liquid treats the diseases or prevents or reduces the risk of each of the diseases. A claim that there is a certain type or level of support is considered an 'establishment claim'"; at 14 "As we explain here, and in more detail in the Claims Appendix, based on our weighing of all of the evidence, the Commission finds that the net impression conveyed to at least a significant minority of reasonable consumers was that there is clinical proof |

[2] The term "Class Period" as used here and throughout Plaintiff's Uncontroverted Facts and Conclusions of Law is defined as October 2005 through September 2010.

| STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|
| | for the disease treatment, prevention or risk reduction claims at issue"; at 21 "According to the Complaint, and as we found above, Respondents have represented that 'clinical studies, research, and/or trials prove' that the Challenged POM Products treat, prevent or reduce the risk of heart disease, prostate cancer, and ED"; at 24 "Respondents' ads convey a net impression that scientific and medical evidence support their representations"; at 17 "We find that the record includes evidence of Respondents' intent to make claims in their advertisements about the Challenged POM Products' effects on heart disease, prostate cancer,and ED." POM's marketing campaign created the public's perception of the specific preventative and healing Health Benefits of drinking POM pomegranate juice. POM deployed a combination of national advertising and a public relations campaign organized tightly around the idea that drinking eight ounces a day of POM Wonderful juice would help prevent, |

| STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|
| | mitigate, treat, or cure diseases. Mrs. Resnick testified in December 2009 that during the time POM Wonderful juice was creating the market for pomegranate juice, she believed at least the following would result from drinking eight ounces of POM each day: "it can . . . ward off prostate cancer" *Id.* at 38:10-12 (MLK Ex.2); "I can tell you that I believe that it is very good for circulation" *Id.* at 10:4-5; "can slow down the building of plaque in the arteries" *Id.* at 11:3-4; "POM Wonderful, when consumed eight ounces a day, is 40 percent as effective as Viagra" *Id.* at 11:21-24; "it has a positive effect on diabetes" *Id.* at 13:6-7; "the circulation is a heart benefit. The reduction of plaque is a heart benefit" *Id.* at 12:24-13:1; "We believe, although we don't know for sure that prostate health – in other words, keeping you safe from prostate cancer, might be a benefit because of the dramatic results with people that are already sick" *Id.* at 10:21-11:1; "very good for eating up those free radicals that rome (sic) about the body causing all sorts of havoc" *Id.* at 11:5-7; and "it reduces inflammation." *Id.* at 12:12. Mrs. Resnick's |

| STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|
| | stated beliefs are important because since the inception of POM she: had the final word on all marketing content; approved the concepts that POM used in advertising; determined the type of advertisement that was made for POM Wonderful juice; and had final approval over all advertising content. Dep. of L. Resnick, in *POM v. Welch Foods* at 9:16-19 (MLK Ex.8); L. Resnick *Coca-Cola* Dep. at 27:9-12, 30:13 - 31:18 (MLK Ex.2).<br><br>During the class period, Lynda Resnick approved, among others, the following headlines which were actually used for advertising of POM Wonderful: "I'm off to save prostates"; "Holy Health! $25 million in medical research."; "Is the cost of a triple bypass easier to swallow?"; "Amaze your cardiologist"; and "Cheat Death." Dep. of Michael Perdigao ("Perdigao Dep.") Ex. 19 (MLK Ex.9); Perdigao Dep. Ex. 21 (MLK Ex.10); Perdigao Dep. Ex. 22 (MLK Ex.11). In a mini brief circulated at POM in 2008, "to keep creatives from going off course" they were told: "Antioxidant rich, POM Wonderful pomegranate juice, promotes |

| | STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|---|
| | | health* and prolongs life. *Main messaging should be about heart health or longevity." Perdigao Dep. Ex. 23 (MLK Ex.12).<br><br>POM was very specific and consistent about its pomegranate juice being "the magic elixir of our age and of all ages." Lynda Resnick, The Martha Stewart Show, Nov. 20, 2008. (MLK Ex.13). POM advertised its pomegranate juice as "medicine", Perdigao Dep. Ex. 13 at p. 62 (MLK Ex.14), referred to the eight ounce serving size as a "dose", RUBIES at 10 (MLK Ex.1); Matthew Tupper interview on *Fox Business*, June 17, 2008, (MLK Ex.20), and saturated its marketing with the idea that drinking eight ounces of POM juice a day would produce incredible *preventative* and *healing* Health Benefits proven by POM's tens of millions in scientific research. *See* Perdigao Dep. Ex. 13, (MLK Ex.14). Some of the national advertising claims POM made were:<br>• "Just *eight ounces* a day can *reduce plaque* by up to 30%.";<br>• "It has more antioxidants |

| STATEMENT OF UNDISPUTED FACT | EVIDENCE |
| --- | --- |
| | than any other drink and *can help prevent premature aging, heart disease, stroke, Alzheimer's*, even *cancer. Eight ounces* a day is all you need.";<br>• "A glass a day can reduce plaque by up to 30%!"; and<br>• "*Backed by $25 million in medical research. Proven to fight for cardiovascular, prostate and erectile health.*"<br><br>Perdigao Dep. Ex. 13 at pp. 14, 22, 5, 14, 20 (MLK Ex.14) & Ex. 15 (MLK Ex.15) (emphasis added).<br><br>POM's advertising during the class period was intentionally targeted at a national audience. Perdigao Dep. Ex. 14 (MLK Ex.16). In addition to numerous ads in local and regional print and radio media, and on billboards and similar outdoor display media, POM ran its ads in numerous national magazines.[3] POM also had an active |

---

[3] These national media buys included, but were not limited to: Elle, Esquire, Health, InStyle, Lucky, Martha Stewart Living, Men's Fitness, Men's Health, Men's Journal,

| STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|
| | campaign to influence people in the medical field because of its products' purported health properties.[4] POM intended its ads to convey the alleged medical benefits of its juice. As POM's co-owner Stewart Resnick testified: |
| | Q: And you believe that a regimen of pomegranate juice will delay the recurrence of prostate cancer; is that fair? |
| | A: Absolutely. I take it every day myself. |
| | Q: And that is one of the things POM tries to communicate to consumers through its advertising, isn't it? |
| | A: We try to communicate the information that we have, yes. |
| | Q: And you're comfortable if |

New York Magazine, O Oprah Magazine, Prevention, Reader's Digest, Rolling Stone, Runner's World, Self, Town & Country and US Weekly, as well as broadcast ads on National Public Radio. (MLK Exs. 14, 16, 30, MLK. ¶ 36). Mrs. Resnick admitted, "If we have an ad in a national publication ... all the cities in America would have a potential of seeing it." L. Resnick *Ocean Spray* Dep., 57:9-11 (MLK Ex.17).

[4] Perdigao Dep. Ex. 14 (MLK Ex.16). This went so far as "cover wrap" advertisements for Time Magazine copies distributed to urologists' offices which essentially served as the outside cover of those magazines. Joint Exhibit CX0314, *In re POM Wonderful* FTC proceeding (MLK Ex.18).

| STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|
| | POM's ads communicate that POM can prevent or delay prostate cancer or heart disease, aren't you? A: We never said "prevent," as far as I know. Certainly we also believe it delays the onset of arthrosclerosis. Q: You're comfortable if people believe that, right? A: Absolutely. S. Resnick *Ocean Spray* Trial Test. at 39:7-20, 40:5-7, 40:14-15. (MLK Ex.19). POM not only advertised its prevention and healing Health Benefit claims in national advertising, but also extensively used public relations to obtain media coverage that POM considered an invaluable lever to maximize its advertising budget. As Mrs. Resnick testified: "Marketing included advertising and public relations." L. Resnick *Ocean Spray* Dep. 16:21-22 (MLK Ex.17). POM considered public relations appearances and coverage to be |

| STATEMENT OF UNDISPUTED FACT | EVIDENCE |
| --- | --- |
| | such an integral part of its marketing that it "monetized" the equivalent advertising cost for each appearance or coverage, and concluded that the 3,000 public relations mentions that POM received were worth $184 million in equivalent advertising. *Id.* at 116-117; 144:22-25 (MLK Ex.17). Lynda Resnick made various appearances on national talk shows, such as The Martha Stewart Show, where she stated about her POM Wonderful 100% Pomegranate Juice: "It is the magical elixir of our age, and of all ages…we know that it helps circulation, it helps Alzheimer's, it helps all sorts of things in the body…And if you know a man that you care about or you are a man, make him drink eight ounces of pomegranate juice a day because what it does for prostate cancer is amazing." L. Resnick, The Martha Stewart Show, Nov. 20, 2008. (MLK Ex.13). Similarly, Matthew Tupper, POM's President, made various appearances on national television in which he promoted the preventative and healing powers of POM, such as his interview with *Fox Business* in |

| STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|
| | June 2008 where he stated:<br><br>With pomegranate, the dose that's been shown effective is eight ounces a day . . . pomegranate is the one fruit that's been actually tested in human beings by dozens of researchers across the globe. . . .Men suffering from advanced stages of prostate cancer drinking eight ounces a day saw the progression of the prostate cancer actually slow dramatically. In addition, there have been a number of studies published on cardiovascular disease in which sick patients again consuming eight ounces of pomegranate juice every day saw dramatic improvements in things like atherosclerosis, which is plaque in the arteries, the amount of blood flow delivered to the heart.<br><br>* * *<br><br>We've actually funded more |

| STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|
| | than $25 million of scientific research worldwide since we started the business. And, therefore, every product we sell is backed by that science. . . . We don't do things for scents and flavors. We do them for the health benefits and for the science.<br><br>Matthew Tupper interview on *Fox Business*, June 17, 2008. (MLK Ex.20).<br><br>POM enjoyed great success with its healing and preventative pomegranate juice message. As Ms. Resnick admitted: "***I know that 72 percent of the people who buy pomegranate juice buy it for the health reason*** . . . .***Yes, that is the number one reason they choose.***" L. Resnick *Coca-Cola* Dep. at 97:6-8, 18-19 (emphasis added) (MLK Ex.2). |
| **4**  POM lacked sufficient reliable medical research to support their claimed Health Benefits. | Plaintiffs' expert in sexual medicine, Dr. Mohit Khera, unequivocally opined POM's advertising claims POM Juice prevents, reduces the risk of, treats or mitigates erectile dysfunction are false and |

| STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|
| | misleading.  In this regard, Dr. Khera stated in his report, "[b]ased on the available basic science and clinical research, POM's claim that drinking 8 ounces of POM Wonderful pomegranate juice daily treats, helps reduce the risk of, or helps prevent[] erectile dysfunction are false and misleading."  PSF No. 11. Dr. Khera further opined, "[b]ased on the available basic science and clinical research, POM's claim that [] clinical studies, research, and/or trials supported by $25 million in support show that drinking eight ounces of POM Wonderful pomegranate juice daily helps prevent, helps reduce the risk of, or helps treat[] erectile dysfunction are also false and misleading.  PSF No. 12.  POM's Motion with respect to its erectile dysfunction claims should be denied on this basis alone. |
| | The analysis underlying Dr. Khera's opinions makes it even more clear POM's motion for partial summary judgment with regard to its erectile dysfunction claims must be denied.  PSF No. 13. Indeed, as Dr. Khera has explained, the only clinical |

| STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|
| | trial assessing the efficacy of POM Juice in preventing, reducing the risk of, or treating erectile dysfunction was a "negative study" that showed no statistically significant correlation between drinking 8 ounces of POM Juice per day and improvement in erectile dysfunction:<br><br>The only clinical trial assessing the efficacy of POM Wonderful pomegranate juice to treat, prevent, or reduce the risk of erectile dysfunction was the Forest Study which was a randomized, placebo-controlled, double-blind cross-over study. This study incorporated 2 twenty-eight day treatment periods and a fourteen day wash out period between treatments. This study examined 53 subjects using two questionnaires, the International Index of Erectile Function (IIEF) and the Global Assessment Questionnaire (GAQ). Of the 42 subjects that had improvement in GAQ scores, 25 of these patients reported improvement in ED after drinking POM Wonderful. Overall statistical significance was not achieved using the GAQ (p=0.058) or the IIEF |

| | STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|---|
| | | (p=0.72).<br><br>PSF No. 14.  As Dr. Khera further explains in his report:<br><br>In order for a study to be consider[ed] statistically significant a probability value (p value) should be <0.05 the study is described as statistically insignificant or as a 'negative' study.  A negative study suggests that the hypothesis was not confirmed through the study.   In the Forest study the reviewers of the study state that it was a 'negative study, not a positive study, and should be presumed this way.'  A published review by Dr. Jacob Rajfer, Professor of Urology at UCLA, stated that the Forest study was a negative study demonstrating no benefit over placebo in POM Wonderful pomegranate juice treating erectile function….   Despite being represented as a negative study, a POM advertisement stated "a preliminary study on 'erectile function' showed that men who consumed POM Juice reported 'a 50% greater likelihood of improved erections,' as compared to a placebo.  (page 48 of ALJ, |

| STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|
| | CX0351, CS0355)  Note that there is no mention that the '50% greater likelihood of improved erections' was not statistically significant. |
| | Id.  Dr. Khera also testified as follows "If your hypothesis, for example, is that pomegranate juice improves erectile dysfunction, and you do not achieve statistical significance, then the result is that it does not improve erectile dysfunction.  It was a negative study.  It did not prove what it was intended to prove." Thus, the lone clinical trial that investigated the effects of drinking POM Juice on erectile dysfunction provides affirmative evidence that there is no statistically significant correlation between drinking POM Juice and an improvement in erectile dysfunction. The only clinical study before the Court evaluating whether drinking POM Juice has an effect on erectile dysfunction is a negative study.  Moreover, as noted above, although the  Forest/Padma-Nathan Study may have come close to reaching statistical significance with respect to GAQ scores |

| STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|
| | (p=0.058) it did not come anywhere near reaching statistical significance with respect to IIEF scores (p=0.72). PSF No. 14. As Plaintiffs' expert testified, since the IIEF is a validated questionnaire with 15 questions -- the "gold standard" for assessing erectile dysfunction -- whereas the GAQ is a single question questionnaire that is not validated and that most experts would not consider to be a sufficient primary endpoint in a clinical study evaluating erectile dysfunction, the Forest/Padma-Nathan Study's results conclusively show a lack of correlation between consumption of POM Juice and improvement in erectile dysfunction. PSF No. 15.

POM's own expert, Dr. Arthur Burnett, confirms there is no therapy preventing or reducing the risk of erectile dysfunction, and POM Juice does not meet his own criteria for a treatment of erectile dysfunction. In this regard, when deposed in 2011 in connection with the prior FTC action against POM Dr. Burnett testified as follows: |

| | STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|---|
| | | Q. In your expert opinion, is there reliable scientific of clinical evidence supporting the claim that drinking eight ounces of POM juice daily prevents erectile dysfunction? … A. … I would have concerns, yes, that there's any evidence that supports that as it's put forth by the allegation that eight ounces of pomegranate juice daily really prevents ED. Q. And why would you have concern? A. Because I don't see evidence for that yet. And, again, this concern arises on a couple levels. First, with regard to the definition of ED, that's a clinical diagnosis and then the issue of prevention, although, at the same time now, there's no therapy, I think, that achieves that. PSF No. 16 (emphasis added). Dr. Burnett expressed a similar concern with regard to any claim that consuming eight ounces of POM Juice daily reduces the risk of erectile dysfunction. PSF No. 17. ("Q. So would it be right in saying that you would have the same reservations for a claim that drinking eight ounces of POM juice daily reduces the risk of erectile dysfunction?" … A. … I |

| STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|
| | would have a similar concern."). Dr. Burnett also expressed concerns about any claim made that drinking POM Juice treats erectile dysfunction. PSF No. 18. (Q. What I'm asking is if, you know, it's found that the claim has been made that drinking eight ounces of POM juice treats erectile dysfunction, is it your opinion that there's reliable scientific evidence to support that claim? A. So, given this hypothetical, I have concerns that the therapy does not [meet] criteria standards … to be an ED treatment. Q. And why do you have concerns? A. … [F]or something to be prescribed clinically as an ED treatment means it's a diagnosis of erectile dysfunction and that, as a form of treatment for ED, it needs to go through a level of rigor of evaluation." |
| | Dr. Burnett also readily conceded POM has not been proven to prevent, reduce the risk of, or treat, erectile dysfunction, contrary to POM's advertising campaign. PSF No. 19 (emphasis added) ("Q. In your expert opinion, it sounds to me that you do not think that clinical |

| STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|
| | studies, research and/or trials prove that drinking eight ounces of POM juice daily prevents or reduces the risk of erectile dysfunction; is that correct?  A.  … I don't think there's anything out there that truly is proven to be an ED prevention.") (emphasis added); ("Q. … [I]n your expert opinion, do clinical studies, research and/or trials prove that drinking eight ounces of POM Juice daily treats erectile dysfunction?  … A. … "I don't think that POM has established that.") (emphasis added). |
| | Plaintiffs experts have testified that not a single existing medical study on pomegranate juice proves that POM Juice provides a benefit to cardiovascular health. PSF No. 25. Plaintiffs' cardiovascular expert, Dr. Frank Sacks (highly regarded in the field and even served as expert witness to the FTC in its successful action against POM and the Resnicks) points to three independent studies affirmatively demonstrating that POM Juice, in fact, does not prevent, treat, and/or mitigate atherosclerosis and heart attacks, nor does |

| STATEMENT OF UNDISPUTED FACT | EVIDENCE |
| --- | --- |
| | it provide general benefits to one's cardiovascular health. POM simply ignores this evidence |
| | According to Dr. Sacks, surrogate markers are measurements closely linked to a disease process such that a change in a surrogate marker can confidently be predictive of a change in the disease. Id. Clinical guidelines and the U.S. Food and Drug Administration ("FDA") recognize blood pressure and LDL cholesterol as valid surrogate markers of cardiovascular health. PSF No. 27. Dr. Sacks has opined that measures of carotid intima-media thickness ("CIMT"), which measures the combination of the vessel muscle and atherosclerosis (arterial plaque), while not valid surrogate markers, may be relevant to cardiovascular health, but that scientists are reluctant to rely on CIMT improvements alone if they are the only evidence that an intervention treated existing heart disease. Id. At his deposition, Dr. Sacks testified that if POM Juice is shown to affect one of these factors, there is an inference it would affect the incidence of heart attacks and |

| | STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|---|
| | | atherosclerosis. Id. |

atherosclerosis. Id.

After reviewing the entire universe of existing research on the effects of pomegranate juice on cardiovascular health, Dr. Sacks concluded only three human studies provided sufficient indicia of reliability to even warrant serious consideration in light of the quality of the studies and the effects measured: Id.

Dr. Sacks opined, however, that the three studies demonstrate the consumption of pomegranate juice provides absolutely no statistically or clinically significant benefit for heart disease prevention or treatment. PSF No. 30. That is to say, the studies consistently demonstrate pomegranate juice has no effect on arterial plaque, blood flow to the heart, blood pressure, LDL-cholesterol, HDL-cholesterol, triglycerides, or total cholesterol. PSF No. 31.

For example, the Ornish CIMT trial studied the effects of pomegranate juice on blood flow to the heart, plasma lipids (cholesterol, HDL, LDL, and TG), and blood pressure. PSF No. 31. Importantly,

| STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|
| | the trial produced no significant changes in plasma lipids or blood pressure, two causal factors in heart attacks and atherosclerosis. Id. While the study reported an improvement in myocardial perfusion (blood flow to the heart), Dr. Sacks explains that myocardial perfusion is not a recognized surrogate marker of therapeutic effects on coronary heart disease. PSF No. 32. Indeed, even where blood flow is shown to be improved, it will not necessarily result in improved cardiovascular health, such as a reduction in heart attacks or stroke. Id. Myocardial perfusion is a measurement that is not commonly used in studies of treatment efficacy. Id. Dr. Sacks also testified that it is questionable whether the study yielded a statistically significant improvement in myocardial perfusion. Dr. Sacks explains that while the study involved three measures of myocardial perfusion, it reported a significant change in only one of those three measures. Id. Dr. Sacks explains that the "p" value of .05 (which the study utilized) is not considered to be a |

| | STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|---|
| | | statistically significant effect where there are three possible outcomes, only one of which reaches a p value of .05 or below. Id.  Therefore, Dr. Sacks testified that the change the researchers observed would be of questionable clinical effect, especially in light of the fact that the patients experienced no improvement in their clinical symptoms.  Id.  For these and other reasons, Dr. Sacks opined that experts in the field would not consider the results of this study to be negative and not support the proposition that pomegranate juice provides a heart disease benefit, either in terms of prevention or treatment.  Id.  In fact, the American Heart Association rejected the study for this very reason. PSF No. 33.    Importantly with respect to POM's motion, Dr. Sacks explains that, from the perspective of a scientist, a negative result in an experiment means that its hypothesis is untrue.  PSF No. 34.  More specifically, as Dr. Sacks further testified at deposition, in the field of science, a scientific hypothesis is, by default, stated in the |

| STATEMENT OF UNDISPUTED FACT | EVIDENCE |
| --- | --- |
| | "null" (for example, pomegranate juice, one glass per day, does not lower blood pressure), and studies are designed to disprove that null hypothesis. Id. Therefore, as Dr. Sacks competently testified, a negative result in an experiment designed to disprove a null hypothesis means the null hypothesis stands – i.e. the treatment showed no effect. Id. Interpreting the Ornish CIMT trial through the aforementioned principles of scientific clinical study design and conduct affirmatively demonstrates pomegranate juice treatment has no effect on any measure of cardiac health. PSF No. 35. Thus, contrary to POM's contention, the Ornish CIMT study affirmatively proves POM's cardiovascular claims are false. Id. Dr. Sacks also analyzed a second unpublished study conducted by Dr. Ornish and his colleagues, the "Bev II Study," which was designed to test the effects of pomegranate juice on atherosclerosis by measuring changes in angiotensin converting enzyme ("ACE"), oxidative stress, highly sensitive C reactive protein, |

| STATEMENT OF UNDISPUTED FACT | EVIDENCE |
| --- | --- |
| | and lipids and lipoproteins.  PSF No. 36. The study also measured CIMT, blood pressure, and lipids.  Id. The study showed no significant changes in CIMT thickness or elastic properties (which contradicts the CIMT findings in Dr. Ornish's prior study), blood pressure, or lipids.  Id. Dr. Sacks opined that, although the Bev II Study appears to have been generally well-designed and well-conducted, the results were convincingly null. Id. Therefore, the Bev II Study constitutes additional convincing, affirmative evidence the consumption of pomegranate juice has no effect on either ACE, oxidative stress, highly sensitive C reactive protein, lipids, lipoproteins, CIMT, or blood pressure, nor on any other recognized surrogates for heart disease.  Again, POM's cardiovascular claims are, therefore, false as a matter of basic science because the null hypothesis stands undisturbed.<br><br>Dr. Sacks analyzed other credible studies – those conducted by Dr. Davidson and his colleagues: the "Davidson CIMT trial," and the "Davidson BART trial" – |

| STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|
| | and drew similar conclusions. The Davidson CIMT trial, which is the largest heart study conducted on pomegranate juice, tested CIMT progression, as well as blood pressure, lipids, and various measures of inflammation and oxidative stress. PSF No. 37.  The authors of the study found no significant change in CIMT progression rates, measured indicators of inflammation and oxidative stress, fasting lipoprotein lipids, or blood pressure. Id. Dr. Sacks found the Davidson CIMT study to have been carefully designed and opined it provides competent and reliable evidence pomegranate juice does not improve CIMT in subjects with one or more cardiovascular risk factors, or other important early indicators of heart disease. PSF No. 38. Like all prior studies, the Davidson CIMT study failed to disprove the null hypothesis that pomegranate juice has no material impact on cardiovascular health, making POM's contrary claims affirmatively false. Id.   The Davidson BART trial studied the effects of pomegranate juice on brachial |

| STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|
| | artery reactivity testing ("BART"). PSF No. 39. The primary measurement of the study was flow-mediated dilation ("FMD"), which refers to the amount by which the brachial artery dilates (enlarges) after a blood pressure cuff is deflated. Id. The study also measured blood flow through the brachial artery, blood pressure, and lipid parameters. Id.<br><br>According to the protocol, the rational for the testing was that brachial FMD is a noninvasive method to assess endothelial dysfunction, which is an early indicator of cardiovascular disease. Id. at ¶60. Dr. Sacks explained that, after extensive testing, brachial artery reactivity to dietary supplements and drugs is not as predictive of changes in coronary heart disease as once believed. Id. Nevertheless, the study (which Dr. Sacks found to have been carefully designed) showed no statistically significant changes in FMD, nor in lipid parameters or blood pressure which are reliable surrogate markers for cardiovascular health. Id. Therefore, this study constitutes further credible and |

31

| STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|
| | convincing evidence pomegranate juice has no effect on these important early indicators of heart disease. POM's claims, therefore, are false. |

Ultimately, after analyzing the entire body of existing medical studies on pomegranate juice, Dr. Sacks opined that every study that produced credible results convincingly shows that the consumption of pomegranate juice provides no statistically or clinically significant benefit for heart health and disease prevention or treatment.   PSF No. 40.   Therefore, Dr. Sacks opined that any claim that POM Juice improves heart health, helps prevent disease, or helps treat disease is false and misleading, not because those claims are "unsubstantiated," but because the cited medical studies affirmatively demonstrate that pomegranate has no effect on any accepted surrogate marker for heart disease.  Id. Likewise, Dr. Sacks opined that any statement that such claims are backed by scientific evidence (that, itself, is greatly flawed) is, itself, false and misleading.  Id.

| STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|
| | Plaintiffs' expert, Dr. Marc Garnick, an oncologist at Beth Israel Deaconess Medical Center, Harvard Medical School, in Boston, Massachusetts, as well as the Food and Drug Administration, found POM's advertisements that POM Juice was proven to prevent prostate cancer are false and misleading.  PSF No. 41. The relevant scientific evidence does not support POM's advertised representations.  PSF No. 42.Dr. Garnick concluded that there is no proper clinical data to support a claim for prostate cancer prevention or treatment from consuming doses of POM Juice. Id.  Dr. Garnick reached his conclusion after an extensive analysis of the studies and materials POM relied upon in making its product claims.  Id. Dr. Garnick analyzed the methodologies that were used to evaluate the integrity of the studies relied upon and the rigor of the clinical studies to determine whether they provide sufficient evidence to support the product claims made by POM.  Id.     Dr. Garnick was asked to opine about four specific questions relating to |

| STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|
| | representations about prostate cancer: (1) That drinking eight ounces of POM Juice helps treat, prevent, or reduce the risk of prostate cancer; (2) that drinking eight ounces of POM Juice is effective in helping to treat, prevent, or reduce the risk of prostate cancer, by prolonging prostate specific antigen doubling time ("PSADT"); (3) that the claim that drinking eight ounces of POM Juice helps treat, prevent, or reduce the risk of prostate cancer by prolonging PSADT is backed by over $25 million in scientific research; and (4) that the claim that drinking eight ounces of POM Juice helps treat, prevent, or reduce the risk of prostate cancer by prolonging PSADT. PSF No. 43. When considering if the reviewed scientific research helps treat, prevent, or reduce the risk of prostate cancer, his answer was an "unequivocal no." PSF No. 44. "The scientific research does not support such conclusion, and … any claim that such conclusion is backed by scientific research, much less $25 million in scientific research, is false and misleading." Id. |

| STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|
| | In reviewing the totality of the evidence, Dr. Garnick states, "The claim that ingesting 8 ounces of POM juice … helps treat, prevent, or reduce the risk of prostate cancer… is not only not true, it's actually a preposterous statement… [N]one of the data that I saw, the clinical data, had anything to do with the prevention of prostate cancer or reducing the risk of prostate cancer or reducing the risk of prostate cancer or treating prostate cancer. [POM] did not do a prevention study. [POM] did not do a risk reduction study… The literature that I reviewed did not have anything to do [with] prevention, reduction of risk, or treating prostate cancer… It's not substantiated by any of the clinical research which I reviewed. And it's not substantiated by one piece of information that would suggest that that occurred in patients in whom have been exposed to pomegranate juice."  PSF No. 45. Dr. Garnick added, "For prevention that study has not even been done… It's simply not -- it's simply false. And it's simply misleading."  Id.<br>Contrary to Dr. deKernion's opinion, |

| STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|
| | Dr. Garnick opined that pre-clinical trials and their findings are not meant to be relied upon and are only meant to provide a rationale for studying those findings clinically. "That's its only use." PSF No. 46. According to Dr. Garnick, the potential relevance of those studies is so remote that they could not be considered "backed by science" without actual clinical studies. Id. Dr. Garnick explained, "In order to make a claim, you need a randomized clinical study" and should not rely on pre-clinical studies in making a basis for a published conclusion. PSF No. 47. The use of PSA tests as indicators of prostate cancer progression and recovery is no longer used as a reliable indicator in the scientific community due to a lack of positive data emerging from properly conducted large randomized studies. Id. Thus, to make such claims that the results are clinically proven or "backed by $25 million in medical research is false and misleading. Id.
In reality, POM had no reliable clinical proof on which to base their claims |

36

| STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|
| | POM Products prevent, treat, or mitigate cancer.  Dr. Garnick further explained, "most of the things that have been touted as being potentially beneficial, when subjected to rigorous studies, have actually oftentimes proven to be detrimental.  PSF No. 48. "[W]hen [similar claims] have been put to more vigorous tests, have been completely negative or actually detrimental." Id.

Dr. Garnick also controverts POM's reliance on studies which base PSA doubling time as an indicator for prostate treatment.  According to Dr. Garnick, the Pantuck and Carducci studies are unreliable because "there is little to no uniformity of opinion on what constitutes a widely acceptable doubling time statistic… it has not proven to be a validated or acceptable surrogate for a true endpoint in prostate cancer such as overall survival.  PSF No. 49.

Despite POM's interpretation of various studies on pomegranate juice, from the perspective of the scientific community, when a study reaches a negative or null |

| STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|
| | result, then the hypothesis of the study is not proven. Dr. Frank Sacks opined that for POM to "make health claims from negative results make those claims false and misleading. PSF No. 51. Only randomized controlled clinical trials (RCT) on humans can provide competent, reliable evidence of whether or not pomegranate juice can have an effect on human health. PSF No. 52. Dr. Meir Stampfer, professor of both epidemiology and nutrition at Harvard School of Public Health and of medicine at Harvard Medical School, also opined that POM's advertising statements were false and misleading because they were based on studies without competent and reliable support. Since POM has no data one way or another, there is lack of data to support a claim for a health benefit. Suggestive or promising evidence does not meet the standard for a conclusive finding. "Science and the study of human health is not like mathematics where you can form a proof and QED and you're done. It's a matter of accumulating evidence, testing hypotheses." PSF No. 53. The quality of the scientific evidence is very important |

| STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|
| | and it must be "based on studies that are properly performed and properly analyzed." PSF No. 53. Simply put, there is no credible evidence to support a contention there is a specific health benefit from pomegranate juice. As Dr. Stampfer opined, the concept of the general healthiness of POM Wonderful "has no meaning to me." PSF No. 54. POM's age-related and/or cognitive disease claims are false and misleading because there is no competent and/or reliable scientific evidence that POM pomegranate juice mitigates, treats and/or prevents and disease or health related medical condition. (See MCC, p. 27-29, 30-31 (emphasis added)). POM argues that plaintiffs have no evidence that the Age-Related Disease Claims are actually false or misleading. Mot at p.22. Plaintiffs' expert Dr. Jeffrey Blumberg testified he found no evidence one way or the other about whether pomegranate juice has potential benefit on cognitive abilities. PSF No. 55. He further stated in his expert report, "there are no published articles on the effect of pomegranate juice in humans on aging or |

| | STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|---|
| | | longevity or Alzheimer's disease." PSF No. 56. POM attempts to convert the absence of proof either way of any age-related benefit into a scientifically valid basis for its false and misleading statements. As Dr. Sacks explained, in the world of science, the lack of data prevents a scientifically valid health benefit statement.  It is the scientific community as a whole and their long-established standards of evidence that challenge POM's unsubstantiated claims. Inasmuch as there is no reliable data either way, POM's statements of an age-related benefit is, in fact, false and thereby misleading. |
| 5 | On January 10, 2013, the FTC issued an Opinion of the Commission (the "FTC Opinion") and Final Order affirming in part and expanding the Administrative Law Judge ("ALJ") D. Michael Chappell's Initial Decision and Order, which found Defendant and its principals liable for violating | Dkt. 195, Exhibits A and B (the FTC Opinion and Final Order) to Plaintiffs' Request for Judicial Notice In Support of Plaintiffs' Motion For Summary Judgment of Their 17200 Claims ("RJN"). |

| | STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|---|
| | sections 5(a) and 12 of the FTC Act. | |
| 6 | POM's advertising, marketing and other promotional materials falsely and misleadingly convey the message that POM Juice prevents, reduces the risk of, treats or mitigates against erectile dysfunction. | Dkt. 195 Ex.A , FTC Opinion Figure 15 (POM's June 27, 2007 press release stating "POM Wonderful 100% Pomegranate Juice May Improve Mild to Moderate Cases of Erectile Dysfunction" and that "[r]esearch shows 8 ounces a day of POM Wonderful 100% Pomegranate Juice may help the management of erectile dysfunction."); Dkt. 195 Ex. A, FTC Opinion Figure 33 (print advertisement from June of 2010 stated that "[i]n a preliminary study on erectile function, men who consumed POM Juice reported a 50% greater likelihood of improved erections as compared to placebo"); |
| 7 | During the relevant time period, POM also used its website, POMWonderful.com, to make claims regarding POM Juice's purported ability to treat erectile dysfunction, describing in detail studies of patients with erectile | Dkt. #195 Ex. A FTC Opinion Figures 36-37. |

| | STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|---|
| | dysfunction who purportedly experienced positive effects from drinking POM Juice.  The site also conveyed the message that these treatment claims were clinically proven by making reference to specific physicians (including one identified as winning the Nobel Prize in medicine) and making statements that POM is backed by tens of millions of dollars in scientific research and is "backed by science." | |
| 8 | POM used the website PomegranateTruth.com to convey the message that drinking eight ounces of POM Juice or taking one POMx Pill daily prevents, reduces the risk of, or treats erectile dysfunction and that these claims have been scientifically proven. | Dkt. 195 Ex. A FTC Figure 38. |
| 9 | POM used the website POMPills.com to convey the | Dkt. 195 Ex. A, FTC Figure 39. |

| | STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|---|
| | message that drinking eight ounces of POM Juice or taking one POM Pill daily treats erectile dysfunction and that this is scientifically proven. | |
| 10 | The FTC found the messages conveyed by these advertisements and other promotional materials conveyed the message that drinking POM Juice prevents, reduces the risk of, and/or treats erectile dysfunction and that the advertisements and promotional materials were false and/or misleading. | Dkt. 195, Appx. A, at A-10-A-13. |
| 11 | POM's advertising claims POM Juice prevents, reduces the risk of, treats or mitigates erectile dysfunction are false and misleading. | Parekh Decl. Ex. J, Expert Report of Mohit Khera, M.D., M.B.A., M.P.H., M.A. ("Khera Report") at 17. |
| 12 | Based on the available basic science and clinical research, | Parekh Decl. Ex. J, Khera Report at 17. |

| | STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|---|
| | POM's claim that drinking 8 ounces of POM Wonderful pomegranate juice daily treats, helps reduce the risk of, or helps prevent erectile dysfunction are false and misleading. | |
| 13 | Based on the available basic science and clinical research, POM's claim that clinical studies, research, and/or trials supported by $25 million in support show that drinking eight ounces of POM Wonderful pomegranate juice daily helps prevent, helps reduce the risk of, or helps treat erectile dysfunction are false and misleading. | Parekh Decl. Ex. J, Khera Report at 17. |
| 14 | The only clinical trial assessing the efficacy of POM Juice in preventing, reducing the risk of, or treating erectile dysfunction was a "negative study" that showed no statistically significant correlation between drinking 8 ounces of POM Juice per day and | Parekh Decl. Ex. J, Khera Report at 10, 13; *See also* Parekh Decl. Ex. E, July 20, 2013 Deposition of Mohit Khera, M.D., M.B.A., M.P.H. ("Khera Depo."), at 121:21-122:6; 137:18-138:13. |

| | STATEMENT OF UNDISPUTED FACT | EVIDENCE | |
|---|---|---|---|
| | improvement in erectile dysfunction. | | |
| 15 | Since the IIEF is a validated questionnaire with 15 questions -- the "gold standard" for assessing erectile dysfunction -- whereas the GAQ is a single question that is not validated and that most experts would not consider to be a sufficient primary endpoint in a clinical study evaluating erectile dysfunction, the Forest/Padma-Nathan Study's results hardly suggest that its negative outcome would be altered by study redesign. | Parekh Decl. Ex. J, Khera Report at 11-12. | |
| 16 | POM's own expert, Dr. Arthur Burnett, confirmed that there is no therapy that prevents or reduces the risk of erectile dysfunction, and that POM Juice does not meet his own criteria for a treatment of erectile dysfunction. | Parekh Decl. Ex. B, April 8, 2011 Deposition of Arthur Louis Burnett, II, M.D. ("Burnett FTC Depo.") at 74:10-79-2. | |

45

| | STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|---|
| 17 | POM's own expert, Dr. Arthur Burnett, expressed concern that there's any evidence that supports any claim that consuming eight ounces of POM Juice daily reduces the risk of erectile dysfunction. | Parekh Decl. Ex. B, Burnett FTC Depo. at 79:8-20. |
| 18 | POM's own expert, Dr. Arthur Burnett, expressed concern that there's any evidence that supports any claim that consuming POM Juice treats erectile dysfunction. | Parekh Decl. Ex. B, Burnett FTC Depo. at 80:14-81:3. |
| 19 | POM's own expert, Dr. Arthur Burnett, readily conceded that, contrary to POM's advertising campaign, POM has not been proven to prevent, reduce the risk of, or treat, erectile dysfunction. | Parekh Decl. Ex. B, Burnett FTC Depo. at 81:13-21; 82:14-83:17. |
| 20 | POM's advertisements do not claim that drinking POM Juice *potentially* benefits *erectile health*.  Instead, they claim that drinking POM Juice ***actually does*** prevent, reduce the risk of, | Dkt. 195, Ex. A (FTC Figures 15, 33, 36-39);  Dkt. 195, Ex. A (FTC Opinion, Appx. A, at A-10-A-13). |

| | STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|---|
| | and/or treat **erectile dysfunction**. | |
| 21 | POM's advertisements claim that drinking POM Juice has been **proven** to provide these benefits with respect to erectile dysfunction. | Dkt. 195, Ex. A (FTC Figures 15, 33, 36-39); Dkt. 195, Ex. A (FTC Opinion, Appx. A at A-10-A-13). |
| 22 | Dr. Khera was unaware of evidence "conclusively disproving" the existence of potential benefits of pomegranate juice with respect to erectile dysfunction. | Parekh Decl. Ex. E, Khera Depo. at 134:18-135:15; 135:17-136:13. |
| 23 | As a matter of clinical study design, a study "conclusively disproving" the existence of potential benefits with respect to erectile dysfunction would be "very difficult" to do. | Parekh Decl. Ex. E Khera Depo. at 131:1-132:5 |
| 24 | Dr. Burnett confirmed that he reviewed the deposition testimony he gave in the FTC action in preparing for his deposition in this case, that he stood by the testimony he gave in the FTC action and did not need to correct any of it. | Parekh Decl. Ex. A, Burnett Depo at 18:2-20. |
| 25 | Not a single existing medical | *See* Parekh Decl. Ex. K, Expert Report of |

47

| | STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|---|
| | study on pomegranate juice proves that POM Juice provides any benefit at all to cardiovascular health. | Frank Sacks, M.D. ("Sacks Report")  at ¶¶ 72-77; *see also* Parekh Decl. Ex. F, Sacks Depo. at 62:22-63:3, 69:8-70:1, 73:4-8, 74:2-4, 76:8-12, 80:1-8, 83:23-84:14, 106:2-10, 107:11-19, 109:23-110:7, 111:9-14, 111:18-23, 112:6-8, 112:17-21, 115:8-13, 122:22-123:21, 127:16-21, 124:13-125:8, 128:14-129:4, 130:2-7; Parekh Decl. Ex. L, Expert Report of Meir Stampfer, M.D. |
| 26 | POM's claim that the purported health benefits of POM juice are supported by medical research is false and misleading. | Parekh Decl. Ex. K, Sacks Report at ¶¶20, 77. |
| 27 | There are three independent studies affirmatively demonstrating that POM Juice, in fact, does not prevent, treat, and/or mitigate atherosclerosis and heart attacks, nor does it provide general benefits to one's cardiovascular health.  These are the "Davidson CIMT trial"; the "Ornish CIMT trial"; and the "Davidson BART trial." | Parekh Decl. Ex. K, Sacks Report at ¶¶20, 26, 27; 34:17-35:15, 73 Parekh Decl. Ex. F, Sacks Depo at 34:17-35:15, 73. |

| | STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|---|
| 28 | Dr. Sacks reviewed the same studies that POM produced in the FTC action and which POM (presumably) believes supports its cardiovascular claims. | Parekh Decl. Ex. F, Sacks Depo. at. 39:22-43:6. |
| 28 | Dr. Sacks testified that the FTC conducted an exhaustive literary search for any additional studies on pomegranate juice and that, to the best of his knowledge, they represent the entire universe of existing research on the effects of pomegranate juice on cardiovascular health. | Parekh Decl. Ex. F, Sacks Depo. at. 39:22-43:6. |
| 29 | A large number of studies on the effects of pomegranate juice on cardiovascular health were either *in vitro* or animal studies, which he explains are not scientifically reliable to measure the effects treatment will have inside the human body.  The remaining studies were so badly flawed in their design and/or execution that no conclusions can be drawn | Parekh Decl. Ex. K, Sacks Report at ¶¶31-32 |

| | STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|---|
| | either in support of or against POM's claims.  In other words, they neither prove nor disprove anything. | |
| 30 | The "Davidson CIMT trial," the "Ornish CIMT trial" and the "Davidson BART trial"  provide absolutely no statistically or clinically significant benefit for heart disease prevention or treatment. | Parekh Decl. Ex. F, Sacks Depo. at 69:8-70:1, 73:4-8, 74:2-4, 76:8-12, 80:1-8, 83:23-84:14, 115:8-13, 124:13-125:8, 130:2-7, 132:2-17, 136:21-137:1. |
| 31 | The "Davidson CIMT trial," the "Ornish CIMT trial" and the "Davidson BART trial" consistently demonstrate that pomegranate juice has **no effect** on arterial plaque, blood flow to the heart, blood pressure, LDL-cholesterol, HDL-cholesterol, triglycerides, or total cholesterol. | Parekh Decl. Ex. K, Sacks Report at ¶38, 66; Parekh Decl. Ex. F, Sacks Depo at 69:8-70:1, 73:4-8, 74:2-4, 76:8-12, 80:1-8, 83:23-84:14, 115:8-13, 124:13-125:8, 130:2-7, 132:2-17, 136:21-137:1; 38. |
| 31 | The Ornish CIMT trial[5] studied the effects of pomegranate juice | Parekh Decl. Ex. K, Sacks Report at ¶¶ 38, 43; Parekh Decl. Ex. F, Sacks Depo. at |

---

[5]      Sumner M, Elliot-Eller M, Weidner G, Daubenmier JJ, Chew MH, Marlin R, Raisin CJ, and Ornish D, *Effects of Pomegranate Juice Consumption on Myocardial Perfusion in Patients with Coronary Heart Disease*, 96 Am. J. Cardiology 810 (2005).

| | STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|---|
| | on blood flow to the heart, plasma lipids (cholesterol, HDL, LDL, and TG), and blood pressure.   Importantly, the trial produced no significant changes in plasma lipids or blood pressure, two causal factors in heart attacks and atherosclerosis. | 114:11-18. |
| 32 | While the Ornish study reported an improvement in myocardial perfusion (blood flow to the heart), myocardial perfusion is not a recognized surrogate marker of therapeutic effects on coronary heart disease.  Indeed, even where blood flow is shown to be improved, it will not necessarily result in improved cardiovascular health, such as a reduction in heart attacks or stroke.  Myocardial perfusion is a measurement not commonly used in studies of treatment efficacy. It is questionable whether the study yielded a statistically | Parekh Decl. Ex. K, Sacks Report at ¶39. |

| STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|
| significant improvement in myocardial perfusion.  While the study involved three measures of myocardial perfusion, it reported a significant change in only one of those three measures.  The "p" value of .05 (which the study utilized) is not considered to be a statistically significant effect where there are three possible outcomes.  Therefore, it is not clear that the change the researchers observed would be clinically meaningful, especially in light of the fact that the patients experienced no improvement in their clinical symptoms.  Experts in the field would not consider the results of this study to reliably support the proposition that pomegranate juice provides a heart disease benefit, either in terms of prevention or treatment. | |

| STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|
| **33** The American Heart Association rejected the Ornish study. | *In the Matter of POM Wonderful LLC, et al.*, Dkt. No. 9344, at ¶816 (F.T.C. A.L.J. May 17, 2012). |
| **34** From the perspective of a scientist, a negative result in an experiment means that its hypothesis is untrue. More specifically, in the field of science, a scientific hypothesis must be stated in the "null" (for example, pomegranate juice, one glass per day, does not lower blood pressure), and a study must be designed to disprove that null hypothesis.   Therefore,  a negative result in an experiment that was designed to disprove a null hypothesis means that the null hypothesis stands – *i.e.* the treatment showed no effect. | Parekh Decl. Ex. K, Sacks Report at ¶77; Parekh Decl. Ex. F, Sacks Depo. at 88:18-20, 63:5-67:1. |
| **35** Interpreting the Ornish CIMT trial through principles of scientific clinical study design and conduct affirmatively demonstrates that pomegranate | Parekh Decl. Ex. K, Sacks Report at ¶43; Parekh Decl. Ex. F, Sacks Depo. at 114:11-18, 115:8-13. |

| | STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|---|
| | juice treatment has no effect on any measure of cardiac health. Thus, the Ornish CIMT study affirmatively proves that POM's cardiovascular claims are false. | |
| 36 | The "Bev II Study," showed no significant changes in CIMT thickness or elastic properties (which contradicts the CIMT findings in Dr. Ornish's prior study), blood pressure, or lipids. Although the Bev II Study appears to have been generally well-designed and well-conducted, the results were convincingly null. Therefore, the Bev II Study constitutes additional convincing, affirmative evidence that the consumption of pomegranate juice has no effect on either ACE, oxidative stress, highly sensitive C reactive protein, lipids, lipoproteins, CIMT, or blood | Parekh Decl. Ex. K, Sacks Report at ¶44, 45, 47. |

| | STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|---|
| | pressure – recognized surrogates for heart disease.  POM's cardiovascular claims are, therefore, false as a matter of basic science because the null hypothesis stands undisturbed. | |
| 37 | The authors of the Davidson CIMT trial,[6] the largest heart study conducted on pomegranate juice, found no significant change in CIMT progression rates, measured indicators of inflammation and oxidative stress, fasting lipoprotein lipids, or blood pressure. | Parekh Decl. Ex. K, Sacks Report at ¶¶49-50, 56. |
| 38 | The Davidson CIMT was carefully designed and it provides competent and reliable evidence that pomegranate juice does not improve CIMT in subjects with one or more cardiovascular risk | Parekh Decl. Ex. K, Sacks Report at ¶56; Parekh Decl. Ex. F, Sacks Depo. at 130:2-7. |

[6]     Davidson MH, Maki KC, Dicklin MR, Feinstein SB, Witchger MS, Bell M, McGuire DK, Provost JC, Liker H, and Aviram M, *Effects of Consumption of Pomegranate Juice on Carotid Intima-Media Thickness in Men and Women at Moderate Risk for Coronary Heart Disease*, 104 Am. J. Cardiology 936 (2009).

| | STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|---|
| | factors, or other important early indicators of heart disease.  Like all prior studies, the Davidson CIMT study failed to disprove the null hypothesis that pomegranate juice has no material impact on cardiovascular health, making POM's contrary claims false as a matter of science. | |
| 39 | The Davidson BART trial[7] was carefully designed and showed no statistically significant changes in FMD nor in lipid parameters, or blood pressure, which are reliable surrogate markers for cardiovascular health. | Parekh Decl. Ex. K, Sacks Report at ¶58, 59, 62;  Parekh Decl. Ex. F, Sacks Depo. at 130:2-7. |
| 40 | Every study that produced credible results convincingly shows the consumption of pomegranate juice provides no statistically or clinically | Parekh Decl. Ex. K, Sacks Report at ¶73, 77. |

---

[7]      Davidson M, *The Effects of Pomegranate Juice on Flow-Mediated Vasodilation*, (unpublished, 2004).

| | STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|---|
| | significant benefit for heart health and disease prevention or treatment.  Any claim that POM Juice improves heart health, helps prevent disease, or helps treat disease is false and misleading, not because those claims are "unsubstantiated," but because the cited medical studies affirmatively demonstrate that pomegranate has no effect on any accepted surrogate marker for heart disease. Any statement that such claims are backed by scientific evidence (that, itself, is greatly flawed) is, itself, false and misleading. | |
| 41 | Plaintiffs' expert, Dr. Marc Garnick, an oncologist, found POM's advertisements that POM Juice helps prevent, mitigate, or treat prostate cancer are false and misleading. | Parekh Decl. Ex. D, Deposition of Dr. Marc Garnick ("Garnick Depo.")  at 33:11-34:6; 111:22-112:13; 123:4-124:23; 125:12-126:7; 128:20-129:14; 146:10-149:7; Dkt. 195 at Exhibit A. |
| 42 | The relevant scientific evidence does not support POM Juice's | Parekh Decl. Ex. D, Garnick Depo. at 12:16-19, 33:11-34:6; 111:22-112:13; |

| | STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|---|
| | claim it was proven to prevent prostate cancer. After analyzing the studies and materials POM relied on, Dr. Garnick concluded there is no proper clinical data to support a claim for prostate cancer prevention, mitigation, or treatment from consuming doses of POM Juice, including, in part, due to POM's explicit claim that its prevention, mitigation, and treatment claims were based upon an extension in PSA doubling time. | 123:4-124:23; 125:12-126:7; 128:20-129:14; 146:10-149:7; 111:22-113:20, 93:14-94:13, 99:24-100:4, 106:2-25, 12:6-11, 15:19-16:4, 17:3-13; *see also* Parekh Decl. Ex. I, Garnick Report at 9; D.E. 195 at Exhibit A. |
| 43 | Dr. Garnick was asked to opine about four specific questions relating to representations about prostate cancer: (1) That drinking eight ounces of POM Juice helps treat, prevent, or reduce the risk of prostate cancer; (2) that drinking eight ounces of POM Juice is effective in helping to treat, prevent, or reduce the risk of prostate cancer, by prolonging | Parekh Decl. Ex. D,  Garnick Depo. at 12:16-19, 111:22-112:20; *see also* Parekh Decl. Ex. I, Garnick Report at 9. |

| | | STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|---|---|
| | | prostate specific antigen doubling time ("PSADT"); (3) that the claim that drinking eight ounces of POM Juice helps treat, prevent, or reduce the risk of prostate cancer by prolonging PSADT is backed by over $25 million in scientific research; and (4) that the claim that drinking eight ounces of POM Juice helps treat, prevent, or reduce the risk of prostate cancer by prolonging PSADT. | |
| | 44 | When considering if the reviewed scientific research helps treat, prevent, or reduce the risk of prostate cancer, Dr. Garnick's answer was an "unequivocal no." "The scientific research does not support such conclusion, and … any claim that such conclusion is backed by scientific research, much less $25 million in | Parekh Decl. Ex. D, Garnick Depo. at 12:16-19, 33:11-34:6; 111:22-112:13; 123:4-124:23; 125:12-126:7; 128:20-129:14; 146:10-149:7; 111:22-113:20, 93:14-94:13, 99:24-100:4, 106:2-25, 12:6 - 11, 15:19-16:4, 17:3-13; Garnick Depo. at Ex. 1026 at MDL-00197795-96 "Based on expected disease progression we would expect to see about 25% of patients either die or progress to metastatic disease. In this |

| | STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|---|
| | scientific research, is false and misleading." | study about 15% of patients progressed. This is a 40% difference. In a randomized trial, a 40% reduction in progression to metastasis at 5 years would present an exciting opportunity. However, in a non-placebo-controlled study of this scale, the difference between 15% and 25% *represents only a few people*. **It is impossible to say with certainty that this difference is a "real difference" i.e., statistically significant**. Lastly, it is important to remember that across-study comparisons are dangerous and methodologically unsound." "To date, all POM Wonderful clinical evaluation of pomegranate-derived products in prostate cancer have used PSADT as the primary endpoint. While data obtained using this approach has generated a high degree of interest from patients and urologists, it is unclear whether PSADT is acceptable as a registrational endpoint for a drug designed to prolong the time to disease progression after initial therapy for prostate cancer." |
| 45 | "The claim that ingesting 8 | Parekh Decl. Ex. D, Garnick Depo. at |

| STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|
| ounces of POM juice … helps treat, prevent, or reduce the risk of prostate cancer… is not only not true, it's actually a preposterous statement… [N]one of the data that I saw, the clinical data, had anything to do with the prevention of prostate cancer or reducing the risk of prostate cancer or reducing the risk of prostate cancer or treating prostate cancer.  [POM] did not do a prevention study.  [POM] did not do a risk reduction study… The literature that I reviewed did not have anything to do [with] prevention, reduction of risk, or treating prostate cancer… It's not substantiated by any of the clinical research which I reviewed. And it's not substantiated by one piece of information that would suggest that that occurred in patients in whom have been exposed to pomegranate juice." Dr. Garnick | 112:21-113:20; 122:15-17. |

| | STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|---|
| | also added that a prevention study is "simply false" and "simply misleading." | |
| 46 | The only use of pre-clinical trials and their findings is to provide a rationale for studying those findings clinically. The potential relevance of those studies is so remote that they could not be considered "backed by science" without actual clinical studies. | Parekh Decl. Ex. D, Garnick Depo. at 93:12-20; 106:2-25, 93:14-94:13, 99:24-100:4. |
| 47 | "In order to make a claim, you need a randomized clinical study" and should not rely on pre-clinical studies in making a basis for a published conclusion.  The use of PSA tests as indicators of prostate cancer progression and recovery is no longer used as a reliable indicator in the scientific community due to a lack of positive data emerging from properly conducted large randomized studies.  Thus, to make such claims that the results | Parekh Decl. Ex. D, Garnick. Depo. at 107:14-17, 117:24-118:4; 12:16-19, 33:11-34:6; 111:22-112:13; 123:4-124:23; 125:12-126:7; 128:20-129:14; 146:10-149:7; 111:22-113:20, 93:14-94:13, 99:24-100:4, 106:2-25, 12:6 -11, 15:19-16:4, 17:3-13; Garnick Depo. Ex. 1026 at MDL-00197801 ("No PSA endpoints can currently be considered to be validated in any setting"); Garnick Depo. at Ex. 1026 at MDL-00197795-96 "Based on expected disease progression we would expect to see about 25% of patients either die or progress to metastatic disease. In this study about |

| STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|
| are clinically proven or "backed by $25 million in medical research is false and misleading. | 15% of patients progressed. This is a 40% difference. In a randomized trial, a 40% reduction in progression to metastasis at 5 years would present an exciting opportunity. However, in a non-placebo-controlled study of this scale, the difference between 15% and 25% *represents only a few people*. **It is impossible to say with certainty that this difference is a "real difference" i.e., statistically significant**. Lastly, it is important to remember that across-study comparisons are dangerous and methodologically unsound." "To date, all POM Wonderful clinical evaluation of pomegranate-derived products in prostate cancer have used PSADT as the primary endpoint. While data obtained using this approach has generated a high degree of interest from patients and urologists, it is unclear whether PSADT is acceptable as a registrational endpoint for a drug designed to prolong the time to disease progression after initial therapy for prostate cancer." |
| **48** Dr. Garnick further explained that "most of the things that have | Parekh Decl. Ex. D, Garnick Depo at 33:18-25; 99:24-100:4; 12:16-19, 33:11- |

| | STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|---|
| | been touted as being potentially beneficial, when subjected to rigorous studies, have actually oftentimes proven to be detrimental.  "[W]hen [similar claims] have been put to more vigorous tests, have been completely negative or actually detrimental." | 34:6; 111:22-112:13; 123:4-124:23; 125:12-126:7; 128:20-129:14; 146:10-149:7; 111:22-113:20, 93:14-94:13, 99:24-100:4, 106:2-25, 12:6 -11, 15:19-16:4, 17:3-13. |
| 49 | According to Dr. Garnick, the Pantuck and Carducci studies are unreliable because "there is little to no uniformity of opinion on what constitutes a widely acceptable doubling time statistic… it has not proven to be a validated or acceptable surrogate for a true endpoint in prostate cancer such as overall survival. | Parekh Decl. Ex. D, Garnick Depo. at 113:21-114:3, 114:24-115:24, 130:1-10; 12:16-19, 33:11-34:6; 111:22-112:13; 123:4-124:23; 125:12-126:7; 128:20-129:14; 146:10-149:7; 111:22-113:20, 93:14-94:13, 99:24-100:4, 106:2-25, 12:6 -11, 15:19-16:4, 17:3-13. |
| 50 | The FTC held that "[t]here is insufficient competent and reliable scientific evidence to support the conclusion that the Challenged POM Products treat, | Dkt. 195, Ex.A (FTC Opinion). |

| | STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|---|
| | prevent, or reduce the risk of prostate cancer or that clinical studies, research and/or trials establish these effects. | |
| 51 | Dr. Frank Sacks opined that for POM to "make health claims from negative results make those claims false and misleading. | Parekh Decl. Ex. F, Deposition of Dr. Frank M. Sacks ("Sacks Depo.") at 135-136. |
| 52 | Only randomized controlled clinical trials (RCT) on humans can provide competent, reliable evidence of whether or not pomegranate juice can have an effect on human health. | Parekh Decl. Ex. F, Sacks Depo. at 139-140. |
| 53 | Dr. Meir Stampfer opined that POM's advertising statements were false and misleading because they were based on studies that lacked competent and reliable support. Since POM has no data one way or another, there is lack of data to support a claim for a health benefit. Evidence that is suggestive or promising does not meet the standard for a | Parekh Decl. Ex. G, Stampfer Depo. at pp. 49-52; 55. |

| | STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|---|
| | conclusive finding. "Science and the study of human health is not like mathematics where you can form a proof and QED and you're done. It's a matter of accumulating evidence, testing hypotheses." The quality of the scientific evidence is very important and that evidence must be "based on studies that are properly performed and properly analyzed." | |
| 54 | There is no credible evidence to support a contention that there is a specific health benefit from pomegranate juice. As Dr. Stampfer opined, the concept of the general healthiness of POM Wonderful "has no meaning to me." | Parekh Decl. Ex. G, Stampfer Depo. at pp. 38-40. |
| 55 | Plaintiffs' expert Dr. Jeffrey Blumberg testified that he found no evidence one way or the other about whether pomegranate juice has potential benefit on cognitive | See Parekh Decl. Ex.C, Blumberg Depo. at 202:24-203:20 |

| | STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|---|
| | abilities. | |
| 56 | Plaintiffs' expert Dr. Jeffrey Blumberg testified that "there are no published articles on the effect of pomegranate juice in humans on aging or longevity or Alzheimer's disease." | See Parekh Decl. Ex.H, Blumberg Report at p. 28. |
| 57 | POM falls short of any proof, be it "medical research" or otherwise, to support these so-called "Proven Health Claims." | PSF No. 4, 12-56. |
| 58 | The state of the medical and/ or scientific research during the Class Period was such that the human studies available on the effects of pomegranate juice were, in fact, negative studies. Under generally accepted scientific principles, these studies render Defendant's "Proven Health Claims" false or misleading. | PSF No. 4, 12-56 |
| 59 | During the Class Period, the available human studies proved the Juice did not have the | PSF No. 4, 12-56 |

| | STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|---|
| | advertised health benefits. | |
| **60** | Plaintiffs' consumer surveys show (1) members of the Class interpret POM's "backed by" and "supported by" statements to mean the Juice is proven or guaranteed to work as promised; and, (2) that these statements are material. | MLK Ex. 24, 25. |
| **61** | Plaintiffs' experts present evidence and detailed reports evaluating the underlying science which purportedly "backed" POM's health benefit claims, and concluded that such science not only fails to "back" POM's health benefit claims, but that, in many instances, it actually demonstrates an affirmative lack of causation because the science is contrary to Defendant's Proven Health Claims.. | Parekh Decl. Ex. F, Sacks Depo. at 40:2-19; 42:3-9; 60:23-61:7; Parekh Decl. Ex. G, Stampfer Depo. at 19:15-23, 22:21-24:11; 29:18-22; Parekh Decl. Ex. C, Blumberg Depo at 16:6-17:13; *see also* PSF No. 4, 12-56. |
| **62** | The science and study of human health is "a matter of accumulating evidence, testing | Parekh Decl. Ex. G, Stampfer Depo at 51:20-52:2. |

| | STATEMENT OF UNDISPUTED FACT | EVIDENCE |
|---|---|---|
| | hypotheses. So it's not proof that there's no benefit, it's essentially impossible to prove a negative unless you show harm, that's really the only way you can prove lack of benefit." | |
| 63 | "From the perspective of a scientist, a negative result of an experiment that tested the aim of the study means that its hypothesis is untrue." | Parekh Decl. Ex. K, Sacks Report at p. 39. |

For the foregoing reasons, POM's Motions No. 1 through 4 For Partial Summary Judgment must be denied. Indeed, the undisputed facts show that Plaintiffs, not POM, are entitled to judgment as a matter of law.

RESPECTFULLY SUBMITTED,

DATED: September 24, 2013          KIRTLAND & PACKARD LLP

By: /s/ Behram V. Parekh
    BEHRAM V. PAREKH

Michael Louis Kelly
mlk@kirtlandpackard.com
Behram V. Parekh
bvp@kirtlandpackard.com
2041 Rosecrans Avenue
Third Floor
El Segundo, California 90245
Telephone: 310.536.1000
Telecopier: 310.536.1001

*Lead Class Counsel for Plaintiffs*