# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | ML 10-02199 DDP (RZx) MDL Number 2199 | Date | March 3, 2014 |
| Title | IN RE: POM WONDERFUL LLC MARKETING AND SALES PRACTICES LITIGATION | | |

Present: The Honorable   **DEAN D. PREGERSON, U.S. DISTRICT JUDGE**

| John A. Chambers | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael Louis Kelly<br>Behram V. Parekh<br>Gillian L. Wade | Kristina M. Diaz<br>Matthew Moran<br>David P. Zaffos<br>Bertram Harris Fields<br>Theodore R. Scarborough , Jr.<br>Sean A. Commons |

Proceedings:

MOTION FOR ORDER FOR DECERTIFYING CLASS FILED BY DEFENDANT POM WONDERFUL LLC. (DOCKET NUMBER **246**)
MOTION TO STRIKE EXPERT REPORT AND TESTIMONY OF DR. RAVI DHAR AND DR. DAVID REIBSTEIN FILED BY PLAINTIFFS JOHN ALEXANDER, JOHN S. CHAPMAN, KATHERINE FLAHERTY, CLAUDE P. FRANCO, JEFF FRIEDMAN, MARY GILES, ANNE M. HAYNES, CLAUDIA HERRERA, JESSICA HOLTER, FAYE PIROLOZZI, PAUL PIROLOZZI, LENA POGREBINSKY, ALICIA SEARLS, ANTHONY WILKINSON (DOCKET NUMBER **249**)
MOTION TO STRIKE EXPERT REPORT AND TESTIMONY OF J. DUROSS O'BRYAN AND DR. WILLIAM CHOI FILED BY PLAINTIFFS (DOCKET NUMBER **250**)
REQUEST (MOTION) TO EXCLUDE EXPERT OPINIONS OF DAVID NOLTE FILED BY DEFENDANT POM WONDERFUL LLC. (DOCKET NUMBER **251**)
MOTION TO STRIKE EXPERT REPORT AND TESTIMONY OF KENT LANCASTER FILED BY PLAINTIFFS (DOCKET NUMBER **253**)

Court hears oral argument and takes the matters under submission.

| | 2 hours | : | 30 mins |
|---|---|---|---|
| | Initials of Preparer | | JAC |