MICHAEL LOUIS KELLY (SBN 82063)
mlk@kirtlandpackard.com
BEHRAM V. PAREKH (SBN 180361)
bvp@kirtlandpackard.com
JOSHUA A. FIELDS (SBN 242938)
jf@kirtlandpackard.com
**KIRTLAND & PACKARD LLP**
2041 Rosecrans Avenue, Third Floor
El Segundo, California 90245
Tel: (310) 536-1000; Fax: (310) 536-1001

*Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: POM WONDERFUL LLC MARKETING AND SALES PRACTICES LITIGATION** | Master File No.: 2:10-ml 2199-DDP (RZx) |
| | [MDL No. 2199] |
| This Document Related To: All Actions | Assigned to the Hon. Dean D. Pregerson |
| | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REOPEN LIMITED DISCOVERY** |
| | **DATE: January 30, 2017**<br>**TIME: 10:00 a.m.**<br>**LOCATION: Courtroom 9C** |

1 | This matter came before the Court for hearing on January 30, 2017.  Based upon the briefs, oral
2 | argument, and the record in this litigation, and for good cause shown, Plaintiffs Motion to Reopen
3 | Discovery is hereby GRANTED.
4 | The parties are ordered to meet and confer regarding a revised discovery plan and submit it to
5 | the Court within thirty (30) days of this Order.
6 | IT IS SO ORDERED.

Dated: _____

_____
HON. DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFFS' MOTION TO REOPEN LIMITED DISCOVERY