# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  ML 10-02199 DDP                          Date  November 16, 2016

Title  In Re: POM Wonderful LLC Marketing and Sales Practices Litigation

Present: The Honorable    DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| Patricia Gomez | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

None Present                                None Present

Proceedings:   MINUTE ORDER (IN CHAMBERS)

**COUNSEL ARE NOTIFIED** the Order Granting Plaintiff's Motion to Reopen Limited Discovery was issued in error, and hereby vacated (Dkt. No. 299). Plaintiff's Motion to Reopen Limited Discovery, Or In The Alternative, To Request That The Court Suggest To The JPML That Certain Cases Be Remanded To Transferor Courts (Dkt. No. 298) is set for hearing January 30, 2017 at 10:00 a.m.

                                                              :    N / A

                                                    Initials of Preparer     PG