MICHAEL LOUIS KELLY (SBN 82063)
mlk@kirtlandpackard.com
BEHRAM V. PAREKH (SBN 180361)
bvp@kirtlandpackard.com
JOSHUA A. FIELDS (SBN 242938)
jf@kirtlandpackard.com
**KIRTLAND & PACKARD LLP**
2041 Rosecrans Avenue, Third Floor
El Segundo, California 90245
Tel: (310) 536-1000; Fax: (310) 536-1001

*Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: POM WONDERFUL LLC MARKETING AND SALES PRACTICES LITIGATION** | Master File No.: 2:10-ml 2199-DDP (RZx) |
| | [MDL No. 2199] |
| This Document Related To: All Actions | Assigned to the Hon. Dean D. Pregerson |
| | **AMENDED NOTICE OF HEARING DATE ON PLAINTIFFS' MOTION TO REOPEN LIMITED DISCOVERY** |
| | OLD DATE: January 30, 2017<br>TIME: 10:00 a.m.<br>LOCATION: Courtroom 9C |
| | **NEW DATE: February 13, 2017**<br>**TIME: 10:00 a.m.**<br>**LOCATION: Courtroom 9C** |

1  PLEASE TAKE NOTICE THAT, Plaintiffs' Motion to Reopen Limited Discovery, or in the
2  Alternative, to Request That The Court Suggest to the JPML that Certain Cases Be Remanded to
3  Transferor Courts currently scheduled to be heard on January 30, 2017, is continued to **February 13,**
4  **2017**, at 10:00 a.m.
5  This amended hearing date has been agreed upon by the parties.
6  DATED: December 29, 2016                KIRTLAND & PACKARD LLP
7
8  By: /s/ Behram V. Parekh
   MICHAEL LOUIS KELLY
   BEHRAM V. PAREKH
9  HEATHER M. BAKER
   *Lead Counsel for Plaintiffs*