# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Pom Wonderful LLC Marketing and Sales Practices Litigation <br><br> PLAINTIFF(S) <br><br> v. <br><br> DEFENDANT(S). | CASE NUMBER <br><br> 2:10-ml-02199-DDP-RZ <br><br> **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 12/29/16 | 303 | NOTICE of Continuance of REQUEST |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☑ The document is stricken and counsel is ordered to file an amended or corrected document by _____ .
☐ The hearing date has been rescheduled to _____ at _____
☑ Other
   See Local Rule 7-1 and 52-4.1.

Clerk, U.S. District Court

Dated: 1/3/17         By: Patricia Gomez
                         Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge